UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE TALBOTS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 10-10395-JLT |
| DYNASTY INTERNATIONAL, INC. and CSX TRANSPORTATION, INC., | * * * | |
| Defendants. | * | |

ORDER

August 23, 2011

TAURO, J.

After a Motion Hearing held on May 10, 2011, and reviewing the Parties' submissions,

this court hereby orders that, for the reasons set forth in the accompanying Memorandum:

1.      Dynasty's Motion for Summary Judgment Against Plaintiffs [#22] is ALLOWED.

2.      CSXT's Motion for Summary Judgment Against Plaintiffs [#26] is ALLOWED.

3.      Plaintiffs' Motion to Amend Complaint to Add CSX Intermodal Terminals, Inc. as

a Defendant [#34] is DENIED.

4.      CSXT's Motion to Strike Plaintiffs' Opposition to CSXT's Motion for Summary

Judgment and Affidavit of C.R. McCauley [#39] is DENIED AS MOOT.

5.      All matters having been resolved, this case is CLOSED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge